Entered on Docket
September 23, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: September 21, 2009



_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
JOHN B. ACIERNO III (CA SBN 257174)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177
Telephone: (858)750-7600
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>RUSTICO SUGATAIN BLANCO AND CHARITO ORCINE BLANCO,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-43647<br><br>Chapter 7<br><br>R.S. No. JBA-480<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: September 4, 2009<br>TIME: 10:00 AM<br>CTRM: 215<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on September 4, 2009, at 10:00 AM, in Courtroom 215, upon the Motion of Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR4 Mortgage Pass-Through Certificates, Series 2007-AR4 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Rustico Sugatain Blanco and Charito Orcine Blanco ("Debtors") commonly known as 276

Blossom Way, Hayward, California 94541 (the "Real Property"), which is legally described as follows:

> Parcel Two of Parcel Map 7504, recorded December 30, 2003, in Book 274 of Parcel Maps, Pages 50 and 51, Alameda County Records.
>
> APN: 429-0014-135

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

## COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Rustico Sugatain Blanco
24050 Amador Street #25
Hayward, CA 94544

Charito Orcine Blanco
24050 Amador Street #25
Hayward, CA 94544

Vanessa O. Leonardo
Legal Helpers PC
564 Market St. #300
San Francisco, CA 94104

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604

EMC Mortgage
c/o Servicing Agent and/or Managing Agent
Attn: Bankruptcy Clerk
P.O. Box 293150
Lewisville, TX 75029